# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOSSLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANNY WERFEL, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00071-KES-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER AND CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 11) |

Before the Court is the parties' stipulation to extend the time in which Defendants may file their answer. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendants shall have through May 12, 2025, to answer or otherwise respond to the complaint. The initial scheduling conference is CONTINUED to June 24, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **April 10, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge