# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOSSLER,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNY WERFEL, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00071-KES-SAB<br><br>ORDER RE PLAINTIFF'S FAILURE TO INCLUDE A MEET AND CONFER DECLARATION IN THE MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT<br><br>(ECF No. 22) |

    On May 7, 2025, Defendant filed a motion to dismiss the operative complaint. (ECF No. 13.) Defendant's motion, which is not currently before this Court, proffers that Defendant sent an email to Plaintiff's counsel on April 28, 2025, that outlined its arguments and "invited Plaintiff's counsel to meet and confer further," but did not receive a response. (ECF No. 13 at 2.) The motion is currently pending before the assigned District Judge.

    On August 25, 2025, Plaintiff filed a motion to amend his complaint before the undersigned. (ECF No. 22.) Upon a cursory review of Plaintiff's motion—which requests that the Court take the matter under submission on the papers—Plaintiff states he seeks leave to file the amended complaint "to (1) streamline and clarify claims, (2) incorporate newly clarified facts concerning an extraordinarily prolonged TIGTA investigation that functions as a de facto blacklist, *and (3) address issues raised by Defendants' Motion to Dismiss."* (ECF No. 22 at 3 (emphasis added).) Plaintiff's motion notably fails "to contain a certification by counsel that

1 meet and confer efforts have been exhausted, with a brief summary of meet and confer efforts"
2 as required by the assigned District Judge's Standing Order, located on the Court's website. [1]
3 Plaintiff's motion for leave to amend fails to comply with the Court's <u>mandatory</u> pre-filing meet
4 and confer requirements. Given Defendant's pending motion to dismiss was filed without
5 Plaintiff's participation in meet and confer efforts and Plaintiff's motion before this Court
6 indicates the proposed amended complaint addresses issues in Defendant's motion to dismiss, it is
7 clear the parties would benefit from meeting and conferring.  Thus, this Court shall order that
8 Plaintiff comply with the Standing Order and file a certification that meet and confer efforts have
9 been exhausted in connection with his August 25, 2025 motion for leave to file an amended
10 complaint.

11    Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of this
12 order, counsel for Plaintiff SHALL coordinate a meet and confer conference with counsel for
13 Defendant. The parties SHALL engage in **meaningful** meet and confer efforts **in person or via**
14 **teleconference or telephone** (<u>not by email</u> or other form of message exchange). Within **one (1)**
15 **day** of the meet and confer conference, Plaintiff shall file a declaration that (1) details the
16 parties' meet and confer efforts regarding Plaintiff's motion to file an amended complaint, and
17 (2) the affect the meet and confer efforts have on the motion to dismiss currently pending before
18 the assigned District Judge.

IT IS SO ORDERED.

Dated:   **August 26, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] https://www.caed.uscourts.gov/caednew/assets/File/Standing%20Order%20(KES)%20(rev%2003_08_24).pdf