# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOSSLER,<br><br>      Plaintiff,<br><br>    v.<br><br>DANNY WERFEL, et al.,<br><br>      Defendants. | Case No. 1:25-cv-00071-KES-SAB<br><br>ORDER RE STIPULATION TO FILE A FIRST AMENDED COMPLAINT<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AS MOOT; VACATING SEPTEMBER 26, 2025 HEARING<br><br>CONTINUING INITIAL SCHEDULING CONFERENCE TO DECEMBER 16, 2025<br><br>(ECF No. 22, 23, 24) |

On May 7, 2025, Defendant filed a motion to dismiss the operative complaint. (ECF No. 13.) Defendant's motion is currently pending before the assigned District Judge.[1]

On August 25, 2025, Plaintiff filed a motion to amend his complaint before the undersigned, in part to address issues raised by Defendants' motion to dismiss. (ECF No. 22.) On August 26, 2025, the Court ordered that Plaintiff comply with the Standing Order and file a certification that meet and confer efforts have been exhausted. (ECF No. 24.)

On August 26, 2025, Defendant filed a stipulation reflecting the parties' agreement to allow Plaintiff to file his proposed first amended complaint and set a deadline for Defendants to

---

[1] The parties stipulate that upon approval of this stipulation and after the filing of Plaintiff's first amended complaint, Defendant's pending motion to dismiss (ECF No. 13) directed at the original complaint should be denied as moot. (ECF No. 23.) Such action shall be taken by the assigned District Judge at the appropriate time.

file a response. (ECF No. 23.) The Court finds good cause to enter the parties' stipulation and, given it appears the parties have met and conferred, shall discharge the August 26, 2025 order.

To accommodate Defendants' responsive pleading deadline, the Court shall continue the October 30, 2025 scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's August 26, 2025 order requiring that Plaintiff file a declaration detailing the parties' meet and confer efforts (ECF No. 24) is DISCHARGED;

2. In light of the parties' stipulation (ECF No. 23), Plaintiff's motion for leave to amend his complaint (ECF No. 22) is DENIED as moot;

3. The parties' stipulation to allow Plaintiff to file his proposed first amended complaint (ECF No. 22-2) is ENTERED;

4. Plaintiff shall file his first amended complaint **within three (3) days** of entry of this order;

5. Defendants shall have up to and including **November 14, 2025**, to respond to Plaintiff's First Amended Complaint; and

6. The scheduling conference is CONTINUED to **December, 16, 2025 at 9:30 a.m.** The parties SHALL file a Joint Scheduling Report **one week** before the new conference date.

IT IS SO ORDERED.

Dated: __August 27, 2025__

STANLEY A. BOONE
United States Magistrate Judge