# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOSSLER,<br><br>           Plaintiff,<br><br>     v.<br><br>JANET L. YELLEN, et al.,<br><br>           Defendants. | Case No. 1:25-cv-00071-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE AMENDED COMPLAINT<br><br>**DEADLINE: SEPTEMBER 8, 2025** |

On August 27, 2025, the parties filed a stipulation, agreeing that Plaintiff may file a first amended complaint. (ECF No. 23.) That same day, the Court ordered that "Plaintiff shall file his first amended complaint **within three (3) days** of entry of this order," (ECF No. 23), which therefore was due by September 2, 2025. That deadline has passed, and Plaintiff has not filed an amended complaint.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require Plaintiff to show cause why sanctions should not issue for the

failure to file an amended complaint in accordance with the Court's August 27, 2025 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing **no later than September 8, 2025**, why sanctions should not issue for the failure to file an amended complaint or move for an extension by the deadline required in the August 27, 2025 order (ECF No. 25). **Plaintiff is advised that filing the amended complaint without also separately addressing this order showing cause in writing as to why sanctions should not issue will not constitute compliance with this order**; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **September 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2