# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOSSLER,<br><br>        Plaintiff,<br><br>    v.<br><br>JANET L. YELLEN, et al.,<br><br>        Defendants. | Case No. 1:25-cv-00071-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 26, 27, 28) |

      On September 3, 2025, the Court issued an order to show cause, requiring Plaintiff to show cause in writing why sanctions should not issue for failure to comply with a court order and file a first amended complaint. (ECF No. 26.) Later that same day, Plaintiff timely filed a declaration responding to the order to show cause, as well as a first amended complaint. (ECF Nos. 27, 28.) Satisfied with the response and first amended complaint from Plaintiff, the Court will discharge the order to show cause and accept the first amended complaint, as filed on September 3, 2025. Based on the stipulation the Court approved regarding Defendants' time within which to answer the first amended complaint, it appears that no prejudice will befall Defendants for the day-late filing. Accordingly, the Court will not disturb the schedule in its previous order. (ECF No. 25.)

/ / /

Accordingly, the Court HEREBY ORDERS that:

1. The September 3, 2025 order to show cause (ECF No. 26) is DISCHARGED;
2. The first amended complaint (ECF No. 27) is deemed accepted as filed on September 3, 2025; and
3. The Court's August 27, 2025 order (ECF No. 25) otherwise remains controlling.

IT IS SO ORDERED.

Dated: __September 4, 2025__

STANLEY A. BOONE
United States Magistrate Judge

2