# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRIAN VOSSLER,

          Plaintiff,

      v.

DANNY WERFEL, et al.,

          Defendants.

Case No.  1:25-cv-00071-KES-SAB

ORDER GRANTING STIPULATED EXTENSION OF TIME

(ECF No. 30)

     Before the Court is the parties' stipulation to extend time in which Defendants may file a responsive brief.  (ECF No. 30.)  For good cause shown, the Court approves the stipulation and ORDERS that Defendants shall have through December 15, 2025, to file a responsive brief.

IT IS SO ORDERED.

Dated:   **November 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1