# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOSSLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANNY WERFEL, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00071-KES-SAB<br><br>ORDER REGARDING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 32) |

Before the Court is a stipulation from the parties to continue the initial scheduling conference. (ECF No. 32.) For good cause shown, the Court approves the stipulation and ORDERS that the initial scheduling conference is CONTINUED to January 29, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **December 10, 2025**

　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　United States Magistrate Judge

.