# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOSSLER, | Case No. 1:25-cv-00071-KES-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING THE INITIAL SCHEDULING CONFERENCE |
| v. | |
| DANNY WERFEL, et al., | (ECF Nos. 39, 42) |
| Defendants. | |

On January 23, 2026, the Court issued an order to show cause, requiring the parties to show cause in writing why sanctions should not issue for failure to file a joint statement for the initial scheduling conference, currently scheduled for January 29, 2026. (ECF No. 39.) On January 26, 2026, the parties filed a joint response (ECF No. 42), indicating that a motion to dismiss had been filed (ECF No. 34) and believed that the scheduling conference had been continued in light of that. (ECF No. 42.) The Court acknowledges that it is its practice to continue initial scheduling conferences *sua sponte* when a dispositive motion is pending but that the Court did not do so here before issuing the order to show cause. Therefore, the Court accepts the parties' response and will discharge the order to show case, as well as continue the initial scheduling conference.

///

Accordingly, the Court HEREBY ORDERS that:

1.      The January 23, 2026 order to show cause (ECF No. 39) is DISCHARGED; and

2.      The initial scheduling conference is CONTINUED to June 2, 2026, at 9:30 a.m.
        A joint scheduling report shall be due one (1) week prior.

IT IS SO ORDERED.

Dated:   **January 27, 2026**                                    _____

                                                STANLEY A. BOONE
                                                United States Magistrate Judge

2