ERIC GRANT
United States Attorney
EDWARD A. OLSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOSSLER,<br><br>          Plaintiff,<br><br>v.<br><br>DANNY WERFEL, et al.,<br><br>          Defendants. | CASE NO.  1:25-CV-00071-KES-SAB<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING DEFENDANTS' REPLY** |

The parties hereby stipulate to extend the deadline for the filing of defendants' reply from February 7, 2026, to February 13, 2026.


Dated:  February 3, 2026                    ERIC GRANT
                                            United States Attorney

                                            */s/ Edward A. Olsen*
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants


Dated:  February 3, 2026                    */s/ Gary R. Carlin*
                                            GARY R. CARLIN
                                            LAW OFFICES OF GARY R. CARLIN, APC
                                            Attorney for Plaintiff


STIPULATION TO EXTEND DEADLINE                    1

**ORDER**

Pursuant to the parties' stipulation, the Court adopts the parties' stipulation and extends the deadline for the filing of the defendants' reply from February 7, 2026, to February 13, 2026.

IT IS SO ORDERED.

Dated:    February 4, 2026

_____
UNITED STATES DISTRICT JUDGE